(December 26, 1922.)

J. H. SKINNER, Respondent, v. HORACE STOCKING, Appellant.

[211 Pac. 1118.]

AFFIRMANCE OF JUDGMENT ON DEFAULT OF APPELLANT.

APPEAL from the District Court of the Fifth Judicial District, for Caribou County. Hon. O. R. Baum, Judge.

Action for trespass. Judgment for plaintiff. *Affirmed.*

S. T. Lowe, for Appellant.

R. J. Dygert, for Respondent.

Counsel file no briefs.

McCARTHY, J.—The above case having been set down for hearing, appellant submitted no brief and was not represented. Respondents were represented by counsel. The court, after examining the record, finds no fundamental error which requires reversal. Accordingly the judgment is affirmed with costs to respondent.

Budge, Dunn, and Lee, JJ., concur.